## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et. al., | Adversary Proceeding Case No. 19-51020 (JKS) |
| Plaintiff, | |
| vs. | **Ref Docket No. 30** |
| SECURITY FINANCIAL, LLC; AMERITRUST ADVISORS OF SC, LLC, | |
| Defendants. | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO                )
                                          ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 17, 2021, I caused to be served the "Entry of Default," dated September 17, 2021 [Docket No. 30], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

---

[1]   The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                    */s/ Angela Chachoff*
                                                    Angela Chachoff

    Sworn to before me this
    20th day of September, 2021
    */s/ Andrea R. Speelman*
    Andrea R. Speelman
    Notary Public, State of Ohio
    Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| AMERITRUST ADVISORS OF SC, LLC | ATTN: CLAUDE STEVEN MOSLEY, R/A | 419 WILDWOOD DUNES TRAIL | | | MYRTLE BEACH | SC | 29572 |
| SECURITY FINANCIAL, LLC | ATTN:  CLAUDE STEVEN MOSLEY, R/A | 950 48TH AVENUE NORTH, STE. 102 | | | MYRTLE BEACH | SC | 29577 |